Glenn Y. Lum, Esq. (Bar #83675)
Law Offices of Glenn Y. Lum
One Market Plaza
Spear Street Tower - 36th Floor
San Francisco, CA  94105
Tel.: (415) 293-8282
Fax : (415) 293-8001
e-mail: GYLESQ@aol.com

Attorney for Plaintiff Aida Carlos PINEDA

E-Filing

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Aida Carlos PINEDA,<br>   Petitioner<br><br>v.<br><br>Alberto R. GONZALEZ,<br><br>Attorney General,<br><br>US Department of Justice,<br><br>   Defendant. | File No. C-05-4995 MMC<br><br>ORDER OF DISMISSAL |

It is ORDERED that the matter referenced in the caption hereinabove be hereby dismissed.

By,

_____
District Judge

Dated: DEC 14 2005